# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSS GILSON, et al. | : | |
| **Plaintiffs,** | : | |
| | : | Civil Action |
| v. | : | No. 2:23-cv-01734-TJS |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| **Defendant.** | : | |

## [Proposed] ORDER

**NOW**, this ___ day of June, 2023, the Court's Order of June 8, 2023, is vacated. It is further ORDERED that:

1. JUDGMENT is entered in favor of plaintiffs Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride and Salvatore Santucci and against the defendant City of Philadelphia in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

2. The ordinance currently codified at § 10-820 of The Philadelphia Code is unenforceable.

3. Defendant City of Philadelphia is ENJOINED from enforcing the ordinance currently codified at § 10-820 of The Philadelphia Code.

_____<br>TIMOTHY J. SAVAGE, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSS GILSON, et al. | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | No. 2:23-cv-01734-TJS |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

### JOINT MOTION TO AMEND JUDGMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60

The parties jointly ask this Court to modify the June 8, 2023 entry of judgment, ECF No. 10. In its current form, that Order inadvertently reflects only the monetary relief extended by way of Defendant City of Philadelphia's Rule 68 Offer of Judgment, rather than the complete relief offered by the City and accepted by Plaintiffs. Consequently, the parties jointly move for modification of the Judgment, consistent with the proposed Order submitted herewith.

Federal Rule of Civil Procedure 60(a) permits this Court to "correct or clerical mistake . . . in a judgment, order, or other part of the record." Because the City additionally offered, and Plaintiffs accepted, entry of judgment on the injunctive relief sought by Plaintiffs by way of their Complaint, the Parties respectfully request that the Court modify the judgment.

Accordingly, the parties jointly request this Court enter the attached proposed order.

Respectfully submitted,

/s/ *Anne B. Taylor*
Anne B. Taylor (Pa. I.D. No. 206057)
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5381
anne.taylor@phila.gov

*Attorney for the City of Philadelphia*

/s/ *Daniel J. Auerbach*
Daniel J. Auerbach (PA I.D. No. 316856)
AUERBACH PLLC
241 South 6th Street, #1902B
Philadelphia, PA 19106
(215) 983-6966
dan@auerbach.llc

/s/ *Andrew B. Austin*
Andrew B. Austin (Pa. I.D. No. 323768)
P.O. Box # 54628
Philadelphia, PA 19148
(610) 656-1956
austin@stackhousegroup.com

*Attorneys for Plaintiffs*

Dated: June 23, 2023

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS GILSON, et al.** | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action** |
| v. | : | **No. 2:23-cv-01734-TJS** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I filed a copy of this document via the Court's CM/ECF System, which provide notice to all counsel as Filing Users. This document is available for viewing and downloading from the ECF system.

/s/ *Anne B. Taylor*
Anne B. Taylor (Pa. I.D. No. 206057)
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5381
anne.taylor@phila.gov

*Attorney for the City of Philadelphia*

Dated: June 23, 2023

– 1 –

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride, and Salvatore Santucci <br><br> – v. – <br><br> City of Philadelphia | Civil Action <br><br> No. 2:23-cv-01734 |
| **NOTICE OF ACCEPTANCE** | |

To Anne B. Taylor:

Under Fed. R. Civ. P. 68(a), Plaintiffs accept the City's June 5, 2023 Offer of Judgment, which is attached as Exhibit A.

Respectfully submitted,

*/s/ Daniel J. Auerbach*
Daniel J. Auerbach (PA I.D. No. 316856)
Auerbach PLLC
241 South 6th Street, #1902B
Philadelphia, PA 19106
(215) 983-6966
dan@auerbach.llc

Dated: June 6, 2023

– 1 –

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I filed a copy of the foregoing paper via the Court's CM/ECF System, which provide notice to all counsel as Filing Users. The document is available for viewing and downloading from the ECF system.

                                             */s/ Daniel J. Auerbach*
                                        Daniel J. Auerbach (PA I.D. No. 316856)
                                        AUERBACH PLLC
                                        241 South 6th Street, #1902B
                                        Philadelphia, PA 19106
                                        (215) 983-6966
                                        dan@auerbach.llc

Dated: June 6, 2023

– 1 –

# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSS GILSON, et al.** : | |
| **Plaintiffs,** : | |
| : | **Civil Action** |
| v. : | **No. 2:23-cv-01734-TJS** |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| **Defendant.** : | |

## OFFER OF JUDGMENT

**TO:**  Andrew B. Austin, Esq.
Daniel J. Auerbach, Esq.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant City of Philadelphia hereby offers to allow Judgment to be taken against it and in favor of the Plaintiff for the claim of injunctive relief regarding the ordinance currently codified at Philadelphia Code 10-820, brought by way of the instant litigation, inclusive of costs, attorneys' fees, and interest accrued to date, in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed either as an admission that any Defendant is liable in this action, or that Plaintiff has suffered any damages. Said judgment is to have no effect whatsoever except in settlement of this case. Additionally, this Offer of Judgment is not admissible as evidence in any proceeding, except, if rejected, in a proceeding to determine costs. If this Offer of Judgment is not accepted in writing within fourteen (14) days, it shall be deemed withdrawn.

Date: June 5, 2023

*/s/ Anne B. Taylor*
Anne B. Taylor, Esq.
Chief Deputy City Solicitor
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
anne.taylor@phila.gov
(215) 683-5381