IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOSEF COHEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, J. LARRY JAMESON, JOHN L. JACKSON, JR., CRAIG R. CARNAROLI, KATHLEEN SHIELDS ANDERSON, GARY WILLIAMS, VALDO WALKER, PAUL GUERCIO, and JOHN DOE #1-20. | : : : : : : : | NO. 25-4561 |

### ORDER

**NOW**, this 30th day of October, 2025, upon consideration of Plaintiff Yosef Cohen's Motion to Remand (Doc. No. 4) and the defendants' response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which it was removed.

_____
TIMOTHY J. SAVAGE, J.